

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-6487
Re: Does the phrase "the total
salary of such criminal dis-
trict attorney or county at-
torney" mean the salary he
was drawing in 1935, or mean
his current salary?

We acknowledge receipt of your request for an opin-
ion on the above matter, said request reading as follows:

"Subsection b of Section 13 and Subsection a of
Section 15 of Article 3912e provide the amount
the State shall pay into the County Officers'
Salary Fund for the payment of the State's por-
tion of the salaries of the County Attorney per-
forming the duties of a District Attorney. These
Subsections read in part as follows:

"'a. But the State shall pay into such
fund each year an amount equal to a sum
which bears the same proportion to the total
salary of such criminal District Attorney or
County Attorney . . . .'"

"The question has arisen as to whether the phrase
'the total salary of such attorney' means the sal-
ary such attorney was drawing in 1935, or means his
current salary?

"This department has construed this phrase to mean
'current salary'. But, in order to get the question

Hon. George H. Sheppard, Page 2

determined, I shall thank you to advise this
department whether this refers to and means his
current salary or the salary such attorney drew
in 1935."

Sections 13 (b) and 15 (a) of Article 3912e, of Vernon's
Annotated Civil Statutes, are almost identical, at least, they
mean the same thing insofar as this question is concerned, said
Section 13 (b) being as follows:

"(b)  The compensation of a criminal district
attorney or county attorney performing the duties
of district attorney, together with the compensa-
tion of his assistants, shall be paid out of the
County Officers' Salary Fund, but the State shall
pay into such fund each year an amount equal to a
sum which bears the same proportion to the total
salary of such criminal district attorney or county
attorney performing the duties of a district attor-
ney, together with the salary of his assistants, as
all felony fees collected by such official during
the year of 1935 bear to the total fees collected
by such official during such year."

We agree with your construction of the phrase "the
total salary of such criminal district attorney or county attor-
ney," as it is our opinion that such phrase means the current
salary drawn by such attorney and not the salary drawn by him
in 1935.

Trusting that this opinion satisfactorily answers
your inquiry, we remain

APPROVED MAR 28 1945

ASSISTANT
ATTORNEY GENERAL

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Jas. W. Bassett
Jas. W. Bassett
Assistant

JWB:fb


APPROVED
OPINION
COMMITTEE
BY [signature]
CHAIRMAN